IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>TINA ANGELA DAVIS-SMITH,<br><br>    Defendant. | **8:13CR315**<br><br>**ORDER** |

  This matter is before the Court on the defendant's motion to extend her self-surrender date, Filing No. 39.  The Court has reviewed the motion and after careful consideration will deny the request.  The Court finds that the defendant has not outlined a rationale that supports further delay of the self-surrender date designated by the United States Marshal.

  THEREFORE, IT IS ORDERED that the defendant's motion to extend her self-surrender date, Filing No. 39, is denied.

  Dated this 19th day of May, 2014.

                BY THE COURT:

                s/ Joseph F. Bataillon
                United States District Judge