IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>TINA ANGELA DAVIS-SMITH,<br><br>　　　　　　　Defendant. | 8:13CR315<br><br>**ORDER** |

This matter is before the Court on the defendant's Motion for a copy of her Amended Presentence Investigation Report (Filing No. 42). The defendant may not obtain a copy of the Presentence Investigation Report without a Court Order from Senior Judge Bataillon, as the document is sealed. Therefore, Motion for Sealed Copies will be denied.

**IT IS ORDERED** that the defendant's Motion for Sealed Copies of Amended Presentence Investigation Report [42] is denied.

Dated this 25th day of November, 2014

　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　s/ F.A. Gossett, III
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge